# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

BRUCE P. KRIEGMAN,

*Plaintiff*

v.

KEN JONES AND GWEN JONES,

*Defendant*

Civil Action No. CV-12-441-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: On August 28, 2013, a Notice of Dismissal of Defendants Ken Jones and Gwen Jones was entered in the Bankruptcy Court, BK ECF No. 47. Pursuant to the Notice, this Court finds good cause to dismiss the Defendants as parties in this case. As Ken Jones and Gwen Jones are the only defendants in this case, the case shall be closed. Judgment shall be entered, but not in favor of any particular party. Case closed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: August 29, 2013

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Switzer
*(By) Deputy Clerk*

Cheryl Switzer